Charles H. Voight, Richard Floyd and Amanda F. Voight, Executor of Louis H. Voight, deceased, Appellants, v. Andrew Fisher.

Argued Nov. 5, 1896. Appeal, No. 177, Oct. T., 1896, by plaintiff, from order of C. P. No. 1, Allegheny Co., Sept. T., 1895, No. 913, discharging rule for judgment for want of a sufficient affidavit of defense. Before STERRETT, C. J., GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ. Affirmed.

*John S. Lambie*, with him *A. M. Brown*, for appellants.

*J. S. Ferguson*, with him *E. G. Ferguson*, for appellee.

OPINION BY MR. JUSTICE FELL, January 4, 1897 :

This case was argued with the case of Voight v. Wallace, ante, 520, in which the opinion of the court has been filed. For the reasons stated in that opinion the judgment in this case is affirmed.